**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-6139**

_____

JOHN R. WILCOX, JR.,

Petitioner - Appellant,

versus

MARYLAND CORRECTIONAL INSTITUTION, HAGERSTOWN,

Respondent - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-02-3131-DKC)

_____

Submitted: March 6, 2003            Decided: March 17, 2003

_____

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

John R. Wilcox, Jr., Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Karl Aram Pothier, Assistant Attorney General, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John R. Wilcox, Jr., seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C. § 2241 (2000), and denying reconsideration. An appeal may not be taken to this court from the final order in a habeas corpus proceeding unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When a district court dismisses a habeas petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" Rose v. Lee, 252 F.3d 676, 684 (4th Cir.) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)), cert. denied, 534 U.S. 941 (2001). We have independently reviewed the record and conclude that Wilcox has not made the requisite showing. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659 (U.S. Feb. 25, 2003) (No. 01-7662). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2